not liens on the property sought to be foreclosed and would not become so unless the deed by Kohl to Kohl and Popick, Inc., was set aside in the respondent's judgment creditor's action. Its answer in the present action does not appear in this record and we cannot determine here whether the issue of fraud was litigated herein. If it was, and the question decided in respondent's favor, there could have been no decree of foreclosure, as plaintiff's mortgage would be invalid. As such decree was made and entered, it must have been determined either that the deed and mortgage were valid and respondents without any interest in or lien upon the property, or that its claim should not be litigated in the action. In either event, it would have no right or standing to move to punish appellants for contempt. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

MICHAEL J. ROSALSKY, Appellant, v. MAX M. RUTCHIK, Respondent, and ELIAS A. BAUM, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

MOSES ROSENTHAL, Respondent, v. FRANK G. BROWN and Others, Copartners Doing Business under the Firm Name and Style of BROWN, FRIEDLANDER & CO., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

IRVING ROSSHEIM, Respondent, v. KING MANUFACTURING CORPORATION, Appellant. (Appeal No. 1.) — Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

IRVING ROSSHEIM, Respondent, v. KING MANUFACTURING CORPORATION, Appellant. (Appeal No. 2.) — Order denying defendant's motion for a further bill of particulars affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

IRVING ROSSHEIM, Respondent, v. KING MANUFACTURING CORPORATION, Appellant. (Appeal No. 3.) — Order denying defendant's motion to direct plaintiff to disclose his assignor's home address affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

IRVING ROSSHEIM, Respondent, v. KING MANUFACTURING CORPORATION, Appellant. (Appeal No. 4.) — Order granting plaintiff's motion to vacate and set aside defendant's notice of examination before trial affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

MARY E. RUDMAN, Respondent, v. LILLIAN E. FINN, Appellant.— Order denying motion to dismiss complaint and cancel notice of pendency of action affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Seeger and Scudder, JJ., concur; Kapper and Carswell, JJ., dissent.

SHERIDAN BROS., INC., Respondent, v. THE CITY OF NEW YORK and the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellants. WILLETTS CONSTRUCTION Co., INC., Respondent, and NATIONAL SURETY COMPANY, Defendant.— Order granting motion of defendant Willetts Construction Co., Inc., to serve a supplemental summons upon the board of education of the city of New York affirmed, with ten dollars costs and disbursements. This result does not deprive the board of education of the right to a trial by jury. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ELIZABETH SHINE, Respondent, v. DANIEL SHINE, Appellant.— Order granting motion for alimony and counsel fee modified by reducing the award of counsel fee